# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

AGNES I. SWARTZ,

      Plaintiff,

v.                                            Case No. 03-CV-72270-DT

JO ANNE B. BARNHART, COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.

_____/

## ORDER RE-OPENING AND REMANDING CASE

On July 13, 2006, the Sixth Circuit Court of Appeals issued a decision reversing this court's September 15, 2004 opinion and instructing the court to remand this action to the Commissioner.  *Swartz v. Comm'r of Soc. Sec.,* No. 04-2437, (6th Cir. 2006). The mandate was filed on September 11, 2006.  Accordingly,

      IT IS ORDERED that the clerk of the court is DIRECTED to re-open this case.

      IT IS FURTHER ORDERED that this action is REMANDED to the Commissioner for further proceedings consistent with the Sixth Circuit's opinion.

                                          S/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated:  October 6, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 6, 2006, by electronic and/or ordinary mail.

                                          S/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522